EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                                              | 2025 TSPR 125 |
|-------------------------------------------------------------------------------------------------------------------------------------|---------------|
| Receso administrativo del Programa de Educación Jurídica Continua del 22 de diciembre de 2025 al 6 de enero de 2026, y extensión de los términos | 216 DPR ___   |

Número del Caso: EM-2025-0015

Fecha: 1 de diciembre de 2025

Materia: Receso administrativo del Programa de Educación Jurídica Continua del 22 de diciembre de 2025 al 6 de enero de 2026, y extensión de los términos.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| *In re:*<br><br>Receso administrativo del Programa de Educación Jurídica Continua del 22 de diciembre de 2025 al 6 de enero de 2026, y extensión de los términos | EM-2025-15 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de diciembre de 2025.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María Cecilia Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa.

El receso comprenderá desde el lunes 22 de diciembre de 2025 hasta el martes 6 de enero de 2026, que es un día feriado, estos inclusive. Las labores se reanudarán a partir del miércoles 7 de enero de 2026. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el referido receso administrativo se extenderá hasta el miércoles 14 de enero de 2026.

La extensión de término concedida en esta Resolución no aplicará a los periodos de cumplimiento de tres años que venzan entre estas fechas, según dispuesto en la Regla 29 del Reglamento del Programa.

Se ordena la difusión pública de esta Resolución.

Notifíquese esta Resolución al Programa de Educación Jurídica Continua y a la Oficina de Prensa para su oportuna difusión.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo